1086

No. 12–276. NEW MEXICO v. HERRING. Sup. Ct. N. M. Certiorari denied.

No. 12–296. VETERANS FOR COMMON SENSE ET AL. v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–309. HUFFMAN v. UNION PACIFIC RAILROAD. C. A. 5th Cir. Certiorari denied.

No. 12–328. PSIHOS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 12–330. PRESCOTT, EXECUTOR OF THE ESTATE OF DUBY v. DEPARTMENT OF AGRICULTURE. C. A. 1st Cir. Certiorari denied.

No. 12–356. ALMY, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF BIONICARE MEDICAL TECHNOLOGIES, INC. v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 12–370. COPPOLA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–372. CONTOUR SPA AT THE HARD ROCK, INC. v. SEMINOLE TRIBE OF FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–389. BYRON v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 12–424. BANDI ET AL. v. BECNEL. C. A. 5th Cir. Certiorari denied.

No. 12–434. LEE v. LOUISIANA ATTORNEY DISCIPLINARY BOARD. Sup. Ct. La. Certiorari denied.

No. 12–435. CHILES v. JONES, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 12–436. WABNO v. CITY OF DERBY, CONNECTICUT. App. Ct. Conn. Certiorari denied.